AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EMILY LEWIS,

        Plaintiff,

v.                                                                   Civil Action No.  1:19-cv-00451

INDIANA WESLEYAN UNIVERSITY,

        Defendants

## JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the plaintiff _____ recover from the defendant _____ the amount of dollars $_____, which includes prejudgment interest at the rate of _____% plus post-judgment interest at the rate of _____% along with costs.

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____.

☒ Other: Judgment ENTERED in favor of Defendant Indiana Wesleyan University and against Plaintiff Emily Lewis.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☒ decided by Judge William C Lee on a Motion for Summary Judgment by Defendant.

DATE:  June 28, 2021                                            ROBERT N. TRGOVICH, CLERK OF COURT

                                                                            By: s/ L. Higgins-Conrad
                                                                              *Signature of Deputy Clerk*