AO 450 (Rev. 01/09)  Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Indiana

EMILY LEWIS
    Plaintiff

v.                                                                        Civil Action No. 1:19-cv-451

INDIANA WESLEYAN UNIVERSITY
    Defendant

## AMENDED JUDGMENT IN A CIVIL ACTION

The court has ordered that (*check one*):

☐ the Plaintiff(s), _____ recover from the Defendant(s) _____ damages in the amount of _____, plus post-judgment interest at the rate of ____ %

☐ the plaintiff recover nothing, the action is dismissed on the merits, and the defendant recover costs from the plaintiff _____

**X** Other: JUDGMENT IS ENTERED in favor of the Defendant, Indiana Wesleyan University and against the Plaintiff, Emily Lewis.

This action was (*check one*):

☐ tried to a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

**X** decided by Judge William C Lee on Motion for Summary Judgment and Mandate of the United States Court of Appeals

DATE: 7/7/2022                               GARY T. BELL, CLERK OF COURT

                                                                         by    s/S. Kowalsky
                                                                         *Signature of Clerk or Deputy Clerk*